Opinion issued December 17, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00213-CV

———————————

**TASHIA WILLIAMS, Appellant**

**V.**

**ALLSTATE TEXAS LLOYDS, RAINBOW INTERNATIONAL, LLC, AND SHONDA COPELAND, Appellees**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-304746**

---

## MEMORANDUM OPINION

Appellant Tashia Williams, proceeding pro se, has filed a motion to dismiss the appeal.[1] Appellant states that the dismissal of the appeal is with the agreement

---

[1] According to this Court's records, appellant is represented by retained counsel Rachel Martin-Deckelmann. No motion to withdraw has been filed. However,

of the parties, but because there is no certificate of conference, the Court held this motion to allow appellees the opportunity to object. *See* TEX. R. APP. P. 10.3(a). Appellees have not responded to the motion.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

---

Tashia Williams filed a letter concerning mediation and stated that she has "parted ways with my previous legal [counsel] and am currently in the process of securing new counsel to assist me in this matter." No letter of appearance or motion to substitute has been filed.